AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 24, 2026**

SEAN F. McAVOY, CLERK

|  |  |  |
|---|---|---|
| CARYL DANITA CARBY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:26-CV-0054-TOR |
|  | ) | |
|  | ) | |
| BARRACK HUSSEIN OBAMA, et al | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .
_____

☑ other:   Plaintiff's Complaint (ECF No. 1) is DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE _____

Date:  4/24/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy _____
*Signature of Clerk*